UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-CV-62234-RAR

JEREMY JAGD,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION SERVICES,
LLC, AND TRANS UNION, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT WITH RESPECT TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff Jeremy Jagd submits this Notice of Settlement and states the Plaintiff and Defendant Equifax Information Services, LLC have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 24, 2021

Respectfully Submitted,

/s/ Thomas Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:    855-529-9540

*COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 24, 2021, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

    /s/ Thomas Patti              .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118277

Case 0:21-cv-62234-RAR   Document 15   Entered on FLSD Docket 11/24/2021   Page 2 of 2

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com