UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62234-RAR

**JEREMY JAGD**,

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On October 28, 2021, the Court entered an Order Requiring Joint Scheduling Report and Certificates of Interested Parties [ECF No. 4] ("JSR Order"), which required the parties to file a joint scheduling report and certificate(s) of interested parties by November 19, 2021. However, to date, there is no indication that Plaintiff has filed a Certificate of Interested Parties or that the parties have filed a joint scheduling report. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties shall fully comply with the JSR Order on or before **December 7, 2021** and show good cause for their failure to comply with the JSR Order. Failure to comply with this Order may result in sanctions without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 1st day of December, 2021.

                                              **RODOLFO A. RUIZ II**
                                              **UNITED STATES DISTRICT JUDGE**