UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62234-RAR

**JEREMY JAGD**,

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.,** *et al.*,

    Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon Plaintiff's Notices of Settlement with Respect to Defendants Equifax Information Services, LLC and Experian Information Services [ECF Nos. 15, 25], filed on November 30, 2021 and December 30, 2021, respectively, and upon a Joint Stipulation of Voluntary Dismissal with Prejudice as to Defendant Trans Union, LLC [ECF No. 31], filed on January 28, 2022, indicating that the parties have resolved this matter. The Court having carefully reviewed the file, the Notices, and being otherwise fully advised, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The above-styled action is administratively **CLOSED** without prejudice to the parties.

    2. Plaintiff and Defendants Equifax Information Services, LLC and Experian Information Services are required to file a stipulation of dismissal within **thirty (30) days** from the date of this Order as their Notices of Settlement indicate that those documents are forthcoming to the Court.

    3. Defendant Trans Union, LLC is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs.

    4. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of January, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record